[No. 21101-7-II.    Division Two.    April 3, 1998.]

NORTH AMERICAN PROPERTIES, INC., *Respondent*, v.
QUANTUM INVESTORS, LTD., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-07442-5, Sergio Armijo, J., entered August 3, 1996. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Armstrong, JJ.

[No. 21657-4-II.    Division Two.    April 3, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMIE L. TULL,
*Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 96-8-01210-0, Leonard W. Kruse, J., entered January 16, 1997. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, C.J., and Hunt, J.

[No. 21710-4-II.    Division Two.    April 3, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT JEROME
TUNSTALL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-02952-3, Sergio Armijo, J., entered February 6, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Armstrong, JJ.

[No. 21807-1-II.    Division Two.    April 3, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. BRADLEY
PAYTON GRASSER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 96-1-00579-4, James E.F.X. Warme, J., entered April 1, 1997. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan and Seinfeld, JJ.